ORIGINAL

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone:  (408) 354-4413
4  Facsimile:   (408) 354-5513

5  Trustee for Debtors

FILED
SEP 0 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| | ) |
| GARY HUGH MICHELS | ) Case No. 10-53687 SLJ |
| | ) |
| FATIMA FREITAS MICHELS | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| | ) |
| Debtors | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497136 for an unclaimed dividend in the amount of $3,862.08.  The name and address of the claimant entitled to the unclaimed dividend is as follows;

GARY HUGH MICHELS
FATIMA FREITAS MICHELS
2706 ANDARE CT
SAN JOSE, CA  95135

Dated: September 02, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE